UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

MICHAEL A. SKISCIM,

    Plaintiff,

vs.

SAN QUENTIN STATE PRISON,

    Defendant.

No. C 11-5166 PJH (PR)

**ORDER OF DISMISSAL**

This is a civil rights case filed pro se by a state prisoner. In the initial review order the court concluded that plaintiff had failed to state a claim and dismissed the complaint with leave to amend within thirty days. Although the time to amend has expired, petitioner has not amended. This case is **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

Dated: January 10, 2012.

    PHYLLIS J. HAMILTON
    United States District Judge

P:\PRO-SE\PJH\CR.11\SKISCIM5166.DSM.wpd